**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Ste. 160
Gold River, California 95670

Tel: 916-922-1200
Fax: 916-922-1303
Shanan L. Hewitt (SBN 200168)
shewitt@rhplawyers.com
Dalbir K. Chopra (SBN 333114)
dchopra@rhplawyers.com

Attorneys for Defendant,
COUNTY OF ALPINE

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCSORELY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ALPINE, a California Public Entity; MARGRET LONG, an individual; and DOE 1 to 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-00367-MCE-JDP<br><br>**ORDER ON DEFENDANT'S REQUEST FOR EXTENSION OF TIME, PENDING PARTIES' DISCUSSIONS REGARDING STIPULATED REQUEST TO STAY CASE PENDING SETTLEMENT NEGOTIATIONS AND SCHEDULING OF ADR** |

　　　　The Court HEREBY GRANTS Defendant County of Alpine's request for a further extension of time for filing a responsive pleading, to and including May 4, 2022, so that the Parties may finalize the stipulation to stay the case pending settlement negotiations and scheduling of ADR to file with the Court.

　　　　IT IS SO ORDERED.

Dated: May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE