**TOWER LEGAL GROUP, P.C.**
James A. Clark, Esq. (SBN 278372)
james.clark@towerlegalgroup.com
Renee P. Ortega, Esq. (SBN 283441)
renee.ortega@towerlegalgroup.com
Ariel. A. Pytel, Esq. (SBN 328917)
ariel.pytel@towerlegalgroup.com
Robert M. Nelsen, Esq. (SBN 284726)
robert.nelson@towerlegalgroup.com
11335 Gold Express Dr., Ste 105
Sacramento, CA 95670
Tel: (916) 361-6009
Fax: (916) 361-6019

Attorneys for Plaintiff,
MATTHEW MCSORELY


**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Ste. 160
Gold River, California 95670

Tel: 916-922-1200
Fax: 916-922-1303
Shanan L. Hewitt (SBN 200168)
shewitt@rhplawyers.com
Dalbir K. Chopra (SBN 333114)
dchopra@rhplawyers.com

Attorneys for Defendant,
COUNTY OF ALPINE

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW MCSORELY | ) CASE NO.: 2:22-CV-00367-MCE-JDP |
| Plaintiff, | ) |
| v. | ) **STIPULATED REQUEST TO STAY** |
| | ) **CASE PENDING MEDIATION OR** |
| COUNTY OF ALPINE, a California Public | ) **SETTLEMENT CONFERENCE;** |
| Entity; MARGRET LONG, an individual; | ) **ORDER THEREON** |
| and DOE 1 to 10, inclusive, | ) |
| Defendants. | ) |
| | ) |

1   Plaintiff MATTHEW MCSORELY, by and through his counsel of record, James A. Clark, Renee P. Ortega and Ariel A. Pytel, and Defendant COUNTY OF ALPINE, by and through counsel, Shanan L. Hewitt and Dalbir Chopra of the Law Offices of Rivera Hewitt Paul LLP (hereinafter the "Parties"), hereby file this stipulated request for a stay of this case in order for the Parties to mediate or attend a settlement conference to resolve this litigation.

WHEREAS, counsel for Defendant previously filed a request for extension of time to file a responsive pleading (Doc. 4) on March 18, 2022 which was granted by the Court on March 23, 2022 (Doc. 5);

WHEREAS, key officials with the COUNTY OF ALPINE were out of the office and unavailable to discuss the case until April 7, 2022 and after;

WHEREAS, counsel for COUNTY OF ALPINE contacted plaintiff's counsel on April 19 2022 as soon as practicable to advise plaintiff's counsel that the COUNTY OF ALPINE would like to globally resolve this litigation and suggested a request for stay of the case to avoid motion practice while the Parties engage in settlement discussion and schedule a settlement conference before a magistrate judge in the event the Parties are not able to informally resolve the case prior to the scheduled settlement conference date;

WHEREAS, the Parties through their counsels of record, have conferred and agreed to arrange a private mediation or settlement conference before a magistrate judge of this Court in order to attempt resolution of this case, whichever is first available or as otherwise agreed to by the Parties;

ACCORDINGLY, the Parties hereby request a stay of this case in order for the Parties to arrange and attend mediation or a settlement conference before a magistrate judge, with the Parties to file a joint status report advising the Court of the status of the case within 90 days of the Court's order granting this request if a stipulated dismissal has not been filed by that date.

Dated: April 22, 2022                TOWER LEGAL GROUP, PC

*/s/ James A. Clark*
JAMES A. CLARK
Attorneys for Plaintiff
MATTHEW MCSORELY

Dated: April 22, 2022                    RIVERA HEWITT PAUL LLP

*/s/ Shanan L. Hewitt*
SHANAN L. HEWITT
Attorneys for Defendant
COUNTY OF ALPINE

## **ORDER**

GOOD CAUSE having been shown, the foregoing request for a stay of the case in order for the Parties to arrange and attend mediation or a settlement conference is HEREBY GRANTED. The Parties shall file a joint status report advising the Court of the status of the case within 90 days of this order if a stipulated dismissal has not been filed by that date.

IT IS SO ORDERED.

Dated:  May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE